**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00787-CV

## IN RE PATRICK HEANEY, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82059-2012**

## ORDER
Before Justices Lang-Miers, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's July 11, 2017 petition for writ of mandamus challenging removal of funds from his inmate trust account, and **DISMISS** the petition for want of jurisdiction as to relator's request for removal of special findings from the judgment.

/s/    CRAIG STODDART
       JUSTICE